IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MAIDS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIE BORRAS, and GIOVANNI BORRAS,<br><br>Defendants. | **8:26CV276**<br><br>**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on the parties' Stipulation of Dismissal Without Prejudice. Filing 20. The parties stipulate that they have resolved all claims and disputes between them in this case, so they stipulate to dismissal without prejudice of all claims that were asserted or that could have been asserted in this case, with each party to bear its own attorneys' fees, costs, and expenses. Filing 20 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation of Dismissal Without Prejudice, Filing 20, is accepted, and all claims that were asserted or that could have been asserted in this case are dismissed without prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated this 31st day of July, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge